■ KENNETH J. NILSSON, Appellant, v STATE OF NEW YORK, Respondent.—Appeal from an order of the Court of Claims (Hanifin, J.), entered September 25, 1987, which granted the State's motion to dismiss the claim for failure to state a cause of action.

Order affirmed, without costs, upon the opinion of Judge Jerome F. Hanifin. Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.